

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2014

No. 04-14-00059-CV

**IN THE INTEREST OF E.G., A CHILD**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00345
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

In this accelerated appeal of the January 8, 2014 order terminating Appellant's parental rights, Appellant's brief was due to be filed with this court on March 3, 2014. *See* TEX. R. APP. P. 38.6(a). On the brief's due date, Appellant filed an unopposed first motion for extension of time to file Appellant's brief and requested an additional twenty days.

Appellant's motion is GRANTED. Appellant's brief must be filed with this court not later than March 24, 2014. *See id.*; *see also* TEX. R. JUD. ADMIN. 6.2, *available at* http://www.supreme.courts.state.tx.us/MiscDocket/11/11925100.pdf (directing courts of appeals to dispose of SAPCR suits "[w]ithin 180 days of the date the notice of appeal is filed").

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2014.



Keith E. Hottle
Clerk of Court